UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY JANE SOULE | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | No: 11-cv-02022, SECTION: "E" |
| Versus | * | |
| | * | JUDGE: Susie Morgan |
| RSC EQUIPMENT, INC. | * | |
|     Defendant | * | MAGISTRATE: Daniel E. Knowles, III |

### MOTION FOR LEAVE TO FILE UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes Mary Jane Soule, who moves this Honorable Court for leave to file Motion to Compel More Complete Answers to Plaintiff's Second Interrogatories Propounded on March 16, 2012, and for Sanctions. Under the protective order [doc. # 110], documents produced in discovery as "Confidential" are to be filed under seal when disclosed to this Court. Documents so designated are attached to the Motion to Compel More Complete Answers to Plaintiff's Second Interrogatories Propounded on March 16, 2012, and for Sanctions. Therefore, pursuant to the protective order, the Motion must be filed under seal.

Respectfully submitted,

LOWE STEIN HOFFMAN,
ALLWEISS & HAUVER, LLP

_____
MICHAEL R. ALLWEISS (#2425)
MARYNELL L. PIGLIAS (#20329)
TYLER J. DOUGLAS (#33807)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
Telephone: (504) 581-2450
Facsimile: (504) 581-2461
**Counsel for Plaintiff, Mary Jane Soule**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been **filed under seal** with the Court and a copy of the foregoing has been served on all counsel of record to this proceeding **via email** on this 22nd day of June, 2012.

_____
MARYNELL L. PIGLIA